UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

GLORIA DE JESUS–RIVERA,

Plaintiff,

v.

ABBOTT LABORATORIES; ABBOTT LABORATORIES PUERTO RICO, INC.,

Defendants.

Civil No. 10-1144 (JAF)

**O R D E R**

Plaintiff sues under Title VII of the Civil Rights Act, 42 U.S.C. §§ 2000e to e-17, alleging discrimination on the basis of sex and retaliation for her opposition to that discrimination. (Docket No. 1.) Defendant Abbott Laboratories ("Movant") moves to dismiss under Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process (Docket No. 9), and Plaintiff opposes (Docket No. 16).

Movant claims that Plaintiff served it via an employee of codefendant Abbott Laboratories Puerto Rico, Inc. ("ALPR"), whom Movant claims is not authorized to receive service on its behalf, and that Plaintiff, therefore, failed to perfect service as required by Federal Rule of Civil Procedure 4(h). (Docket No. 9.) Plaintiff responds that (1) Movant's acceptance of this very service in other cases precludes its argument in this case; and (2) Movant and ALPR should be treated as one entity for the purpose of service of process. (Docket No. 16.) Plaintiff cites no legal authority to support these assertions. (Id.) She also states that she is amenable to perfecting service in accordance with Rule 4(h). (Id. at 1.)

Civil No. 10-1144 (JAF)                                                                                          -2-

We are not aware of, nor does Plaintiff provide, any authority finding that Plaintiff's method of service complies with Rule 4(h). We, therefore, conclude that service of process was insufficient in this case. Pursuant to our discretion under Rule 4(m), we **DENY** Movant's motion to dismiss (Docket No. 9), but we **ORDER** Plaintiff to perfect service of process in accordance with Rule 4(h) **on or before July 23, 2010**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 8th day of July, 2010.

                                                                 s/José Antonio Fusté
                                                                  JOSE ANTONIO FUSTE
                                                                  Chief U.S. District Judge